THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Charles F. Johnson,       
Appellant.
 
 
 

Appeal From Georgetown County
James E. Lockemy, Circuit Court Judge

Unpublished Opinion No. 2004-UP-384
Submitted April 21, 2004  Filed June 
 18, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

 PER CURIAM:  Charles F. Johnson 
 was convicted of second-degree criminal sexual conduct with a minor, lewd act 
 on a minor, and contributing to the delinquency of a minor.  The circuit court 
 sentenced him to fifteen years imprisonment for second-degree criminal sexual 
 conduct with a minor, eight years imprisonment for lewd act on a minor, and 
 three years imprisonment for contributing to the delinquency of a minor, the 
 sentences to run concurrently.  Pursuant to Anders v. California, 386 
 U.S. 738 (1967), Johnsons counsel attached a petition to be relieved.  Johnson 
 did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Johnsons appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.